WAWD (Rev. 12/11) Prisoner Civil IFP

FILED _____ LODGED
_____ RECEIVED

JUN 19 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

DERRICK QUINN JONES

Plaintiff

vs.

Google, Youtube, Emerald Queen Casinos, St.Joseph Hospital, Delta Airlines, Guest-House Inn, Howard Johnson, NBCU, Tacoma Rainiers, PornHub, Tacoma News Tribune, Le May Co., CNN, Living Hope Care Center, Uber, Lyft, Frisko Freeze, Murano Hotel, Aladdin Bail Bonds, C.J. Bail Bonds, Extended Stay America, Macy's, Kitsap County, Naidder Company.

Defendant(s)

Case Number: 3:20-cv-05591-RJB-JRC

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Derrick Quinn Jones declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: I Do not have the money to cover the filing fees that are need to file my civil action.

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

☑ Yes  If "Yes" state the place of your incarceration  Pierce County Jail 910 Tacoma Ave S. Tacoma, WA 98402

**You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

☐ No  If "No" do not use this form.

2. Are you presently employed? ☐ Yes  Employer _____ Salary _____  ☑ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or other self-employment      $ 0
   b. Income from rent, interest or dividends             $ 0
   c. Pensions, annuities or life insurance payments      $ 0
   d. Disability, unemployment, workers compensation or public assistance  $ 0
   e. Gifts or inheritances                                $ 0
   f. Money received from child support or alimony         $ 0
   g. Describe any other source of income  N/A            $ 0

4. List the amount for each of the following (include prison account funds):

Cash on hand $ ∅          Checking Account $ ∅          Savings Account $ ∅

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
If Yes, describe the property and state its approximate value:

☐ Yes
☑ No                                                                                              $ ∅

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes
☑ No                                                                                              $ ∅

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

N/A                                                                                               $ ∅

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I am in Pierce county Jail, and I am with out support, I have recieved money on a very limited bases. I have no where near the amount needed to file this civil action.

I declare under penalty of perjury that the foregoing is true and correct.

5/23/2020    Derrick Quinn Jones
**Executed on: (Date)    Signature of Applicant**

### WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) Derrick Quinn Jones
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

5/23/2020    Derrick Quinn Jones
**Executed on: (Date)    Signature of Applicant**

# ACKNOWLEDGMENT AND AUTHORIZATION

Case Number   3:20-cv-05591-RJB-JRC

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

5/23/2020
Date

*Derrick Quinn Jones*
Signature of Applicant

DERRICK QUINN Jones
Committed Name of Applicant

Booking #2020122016
Inmate Number

Transaction Receipt

Type: COPY FEE - NON PUBLIC
Tran #: 800957
Stamp: 06/10/2020 09:35 AM
Amount: -0.15
Payee/Depositor:
Note: Charge per request of balance inquiry print out.

Name: JONES, DERRICK QUINN
Number: 3427248
Facility: NEWJ
Group: 2B
Cell: 2B24

| Account | Amount |
|---|---|
| Commissary Account | -0.15 |
| Current Acct Bal: | 0.18 |

*Derrick Quinn Jones* 6/16/20
Signature

# Inmate Balance History Report - Simple

Created: 6/10/2020 9:39:31AM

| | | | | |
|---|---|---|---|---|
| Number: | 3427248 | Secondary: 2020122016 | Location: | NEWJ 2B 2B24 |
| Name: | JONES, DERRICK QUINN | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| ORDER DEBIT | 10/22/2015 09:07:19AM | ($6.47) | $133.46 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 10/25/2015 01:56:49PM | $20.00 | $153.46 | $0.00 | $0.00 |
| ORDER DEBIT | 10/28/2015 03:37:38PM | ($2.98) | $150.48 | $0.00 | $0.00 |
| ORDER DEBIT | 11/03/2015 12:15:06PM | ($10.06) | $140.42 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/05/2015 01:25:31PM | $100.00 | $240.42 | $0.00 | $0.00 |
| ORDER DEBIT | 11/10/2015 05:30:52PM | ($39.81) | $200.61 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/19/2015 09:51:56AM | $35.00 | $235.61 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/21/2015 04:59:41PM | $25.00 | $260.61 | $0.00 | $0.00 |
| ORDER DEBIT | 11/23/2015 10:47:00AM | ($40.45) | $220.16 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/29/2015 05:18:22PM | $20.00 | $240.16 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 12/03/2015 03:41:54PM | $75.00 | $315.16 | $0.00 | $0.00 |
| ORDER DEBIT | 12/08/2015 10:40:47AM | ($49.62) | $265.54 | $0.00 | $0.00 |
| ORDER DEBIT | 12/22/2015 12:41:54PM | ($40.00) | $225.54 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 01/02/2016 06:40:00PM | $50.00 | $275.54 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 01/03/2016 05:40:01PM | $16.00 | $291.54 | $0.00 | $0.00 |
| ORDER DEBIT | 01/06/2016 08:54:17AM | ($39.80) | $251.74 | $0.00 | $0.00 |
| POSTAGE METER REIMBURSEMENT | 01/11/2016 11:44:31AM | ($2.40) | $249.34 | $0.00 | $0.00 |
| ORDER DEBIT | 01/12/2016 01:11:41PM | ($29.89) | $219.45 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 01/18/2016 08:49:13PM | $16.00 | $235.45 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 01/23/2016 07:40:15PM | $50.00 | $285.45 | $0.00 | $0.00 |
| ORDER DEBIT | 02/09/2016 10:03:59AM | ($54.10) | $231.35 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 02/12/2016 05:51:50PM | $20.00 | $251.35 | $0.00 | $0.00 |
| ORDER DEBIT | 02/16/2016 06:40:06PM | ($49.43) | $201.92 | $0.00 | $0.00 |
| POSTAGE METER REIMBURSEMENT | 02/22/2016 04:32:48PM | ($1.64) | $200.28 | $0.00 | $0.00 |
| INMATE TRANSFER | 02/22/2016 10:23:47PM | ($200.28) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 10/19/2018 05:32:36PM | $242.60 | $242.60 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 10/20/2018 03:42:20PM | ($242.60) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 06/20/2019 11:02:13AM | $114.00 | $114.00 | $0.00 | $0.00 |
| ORDER DEBIT | 06/25/2019 10:42:25AM | ($54.57) | $59.43 | $0.00 | $0.00 |
| SECURUS PHONE TIME | 06/28/2019 07:56:29AM | ($9.00) | $50.43 | $0.00 | $0.00 |
| ORDER DEBIT | 07/02/2019 10:10:40AM | ($49.25) | $1.18 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 07/05/2019 11:16:25PM | ($1.18) | $0.00 | $0.00 | $0.00 |
| RETURN CREDIT | 07/07/2019 10:22:34AM | $49.25 | $49.25 | $0.00 | $0.00 |
| ORDER DEBIT | 07/16/2019 10:29:41AM | ($48.99) | $0.26 | $0.00 | $0.00 |
| ORDER CREDIT | 07/16/2019 10:34:03AM | $1.10 | $1.36 | $0.00 | $0.00 |
| SECURUS PHONE TIME | 07/20/2019 05:11:30PM | ($1.00) | $0.36 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 08/22/2019 04:08:05PM | ($0.36) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/05/2019 10:17:56AM | $75.00 | $75.00 | $0.00 | $0.00 |
| ORDER DEBIT | 11/05/2019 04:17:29PM | ($59.85) | $15.15 | $0.00 | $0.00 |
| COPY FEE - NON PUBLIC | 11/12/2019 09:28:50AM | ($0.45) | $14.70 | $0.00 | $0.00 |
| ORDER DEBIT | 11/12/2019 10:31:54AM | ($14.59) | $0.11 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/22/2019 04:02:14AM | $75.00 | $75.11 | $0.00 | $0.00 |
| SECURUS PHONE TIME | 11/22/2019 09:01:51AM | ($5.00) | $70.11 | $0.00 | $0.00 |
| SECURUS PHONE TIME | 11/22/2019 05:38:13PM | ($10.00) | $60.11 | $0.00 | $0.00 |
| TOUCHPAY KIOSK DEPOSIT | 11/23/2019 10:41:57AM | $6.00 | $66.11 | $0.00 | $0.00 |
| ORDER DEBIT | 11/25/2019 08:35:56AM | ($58.83) | $7.28 | $0.00 | $0.00 |
| SECURUS PHONE TIME | 11/25/2019 08:36:09AM | ($7.00) | $0.28 | $0.00 | $0.00 |
| RELEASE INMATE - CARD | 12/16/2019 03:26:38PM | ($0.28) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 02/06/2020 12:22:04AM | $9.74 | $9.74 | $0.00 | $0.00 |
| COPY FEE - NON PUBLIC | 02/10/2020 08:34:23AM | ($0.60) | $9.14 | $0.00 | $0.00 |
| ORDER DEBIT | 02/10/2020 09:00:25AM | ($9.11) | $0.03 | $0.00 | $0.00 |
| RELEASE INMATE - CHECK | 02/16/2020 04:08:58AM | ($0.03) | $0.00 | $0.00 | $0.00 |
| TOUCHPAY BOOKING DEPOSIT | 05/02/2020 12:28:59AM | $41.00 | $41.00 | $0.00 | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.