```
                                    ┌─────── FILED ──────┐ LODGED
                                    │                    │ RECEIVED
                                    │    JUN 19 2020      │
                                    │       CLERK U.S. DISTRICT COURT
                                    │  WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    │ BY
                                    └──────────────────── DEPUTY
```

Rev. 3/19

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Derrick Quinn Jones    # Booking 2020122016
*Plaintiff's full name and prisoner number*

Plaintiff,

v. Google, youTube, Emerald Queen casion
St. Joseph, Delta airlines, Guest House Inn
Howard Johnson NBCU, Tacoma Rainiers
Porn Hub, Tacoma New Tribune, Lemayco
CNN, Living Hope care center Uber, Lyft
Frisko Freeze, Murano Hotel, C.J. Bail Bonds
Extended Stay America, Aladdin Bail Bonds
*Defendant's/defendants' full name(s)* Mac-y's kitsap Co.
Naidess Company.

See Attached 'Defendant(s).

Case No.  3:20-cv-05591-RJB-JRC
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Jury Demand?
☑ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1.    Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2.    Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3.      Please review your complaint carefully before filing.  If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee.  Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.      Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, <u>may not</u> contain certain information, which must be modified as follows:

| Do <u>not</u> include: | Instead, use: |
|---|---|
| • a full social security number | → the last four digits |
| • a full birth date | → the birth year |
| • the full name of a minor | → the minor's initials |
| • a complete financial account number | → the last four digits |

5.      You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.  Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

---

## I.    PLAINTIFF INFORMATION

Jones   Derrick   Q
Name (Last, First, MI)                                                      Aliases/Former Names

Booking #2020122016
Prisoner ID #

Pierce County Jail
Place of Detention

910 Tacoma Ave. S.
Institutional Address

Pierce   Tacoma                    WA                    98402
County, City                    State                    Zip Code

*Indicate your status:*

☑ Pretrial detainee                    ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee          ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Page 2 of 9

Extra sheets Attached from Page 1

Defendant's:

Aramack, First commerce Bank, The True blue co, Banner Bank, All city Bail Bonds, Bad Boy Bail Bonds, Regan Bail Bonds, wal-mart, Amazon, wynn Resorts and casino and Holdings, Muckleshoot Tribe, Jack Pot Truck stop in the south, Kentor Diamond company, Chambers Bay Golf Course, ELKs Golf course, 105 motorcycle club, Emerald Leaf, POP's Deli mart, Bellvue' Rare coin, marriott Hotel, Swiss the, 43rd street Pub LLC, Tacoma Police Department, Fife Police Department, Lakewood Police Department, Nasqually Police Department, Puyallup Police Depart ment, Seattle Police Department, Pierce County Sheriff Departmen Ruston Police Department, Internal Affairs, Tacoma Police Depar ment, Pierce County Prosecutor office (Hill Top Prosecutions Gang) HPG, Public Defenders office sr Kenny L. Smith and Jarded Varo, Brian Hurshman, Tacoma Fire and rescue EMT's, D.O.C officers Hubert and Patterson, Pierce county Jail officer Gram, TSA, Agent Todd Bokken, Agent Steve Grabski, Tacoma Police Gang task leader/FBI leiaison John Ringer and Team, Kitsap county sheriffs, Kitsap county Jail, officer Luke, officer mosses officer Theory. · Former Gov. Christin Graigwire, Sen. Rep (R) Pierce County, U.S. Army Rangers stationed at Fort Lewis & Florance S.C., Tacoma City Council, City Controlle, manager, Aditor, Former Tacoma Mayor Strickland, County city Building, Local Sup court Judges, Local District court Judges, City of Ruston University of Washington Research Center, DSHS, Pierce county School District, U.S. District court House, Probation Division Puyallup Tribe1 council & All Nations, Correctional Industres WA Chris Hansen, C/o Salazar, Pierce county council, C/o Malear

Extra sheet Attached from Page 1

Defendants: Orion apartments, Duxbury apartments, Cascade Park care center, Cambridge Hotel, metropoliton apartments, Rembrant apartments,

Diana Lynn Jones, Shaneeia Jones/Thomas, Ron Thoma Jamaica Thomas, Reese Jackson/welch, Wash welch, collie Babb's, Collett Babbs, Maxine Ford, Andrea Smith, Derrick, Angela, Ivan Jones, Sam or chris (AKA KRS) J.R. smith, James Nelson, Damitrea Jones, marshi, Ronnell Ray Jones, Matija Yvonn Ponton, Marcus Evens, R.S., Mikel clerance, Gram, Andrea Ponton, Qiana simmons, Roddricsmith, Darrell Peters, Rodney Peters, Bobby Smith, Donald smith, John Ringer, John Ladinburg Todd Bokken, steve Gnadski, Hightower, Lisa whitmore, sterling whitmore, omar Lewis, Alexandrea Lewis, Mark linquest Ted Turner, Anderson Cooper, Don Lemon, Cari Champion, Molly Rose, Jalen Rose, Furer, chou, Hubert, Patterson, Malar, Salazar, Ponton Family, Sky creative, Herbert Hall, Evens family, Brimstone Piru, Rolling 60s Crip, 60 block Crip, Brigadear General Adams, Connie Ladenburg, Don Ramsdell, Alex Kit, A+ Driving school, Tiyoga waller

## Suit: Google tracking violates federal law

Google violated federal wiretap laws when it continued to collect information about what users were doing on the internet without permission even though they were browsing in private browsing mode, according to a lawsuit filed against the internet giant on Tuesday.

The lawsuit, filed in U.S. District Court for the Northern District of California, said Google intercepts the contents of communication between users and websites by collecting browsing history, web addresses and search queries.

The lawsuit was filed on behalf of three people with Google accounts.

—NEW YORK TIMES

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant.  If the correct information is not provided, it could delay or prevent service of the complaint.  Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1:    GOOGLE
Name (Last, First)

Company
Current Job Title

1600 Amphipheatre Parkway
Current Work Address

Mt. view            Cal,            94043
County, City            State            Zip Code

Defendant 2:    YOUTUBE
Name (Last, First)

Company
Current Job Title

901   Cherry ave
Current Work Address

Fanbruno    Cal.        94066
County, City        State        Zip Code

Defendant 3:    EMERALD QUEEN CASINOPRI
Name (Last, First)

Casino's
Current Job Title
2024. E 24th st.
5700 Pacific HWY E.
Current Work Address
    Tacoma                98408
Pierce, FIFE        WA        98424
County, City        State        Zip Code

Page 3 of 9

Extra sheets Attached From Page 3: Defendant Information

Defendant 4: ST. JOSEPH HOSPITAL
NAME (Last, First)

Hospital
Current Job Title

1717 South J st
Current work Address

Pierce, Tacoma     WA   98402
County   City      State   Zip Code


Defendant 5:   DELTA AIRLINES
NAME (Last, First)

Company
Current Job title

1030 Delta Blvd
Current work Address

Atlanta   GA   32320
County City   State zip code


Defendant 6:   GUEST HOUSE INN
NAME (Last, First)

MOTEL
Current Job title

3021 Pacific HWY E
Current work Address

Pierce   Fife   WA 98424
County   City   State zip code

Extra Sheets Attached from Page 3. Defendant Information

Defendant 7: HOWARD JOHNSON HOTEL
NAME (Last, First)

Hotels
Current Job title

1010 South Freeway RD.
Current work Address

Tutcon      AZ      85745
county  City   State   Zip Code

Defendant 8: NBC
NAME (Last, First)

Company
Current Job title

30 Rockefella Plaza
Current work Address

New York  New York   10112
county  City   State   Zip Code

Defendant 9: TACOMA RAINIERS OWNERS
NAME (Last, First)

Baseball Team OWNERS
Current Job title

2502 Tyler St.
Current / work Address

Pierce  Tacoma   WA  98409
county  City   State  Zip code

Extra sheets Attached from Page 3. Defendant Information

Defendant 10: PORNHUB
Name (Last, first)

Company
Current / Job title

21620 North 19th Ave
Current Work Address

Phoenix   AZ            ?
County City  State   Zip Code


Defendant 11: TACOMA NEWS TRIBUNE
Name (Last, first)

NEWS PAPER Company
Current Job title

1950 South State St.
Current Work Address

Pierce  Tacoma   WA 98405
County   City      State  Zip Code


Defendant 12: LE MAY CO.
Name (Last, first)

Company/
Current / Job title

3819 100th St SW.
Current Work Address        ?
Pierce  Lakewood  WA
County  City       State   Zip code

Etra sheets Attached from Page 3, Defendant Information

Defendant 13.   CNN
                name(Last, First)

                NEWS network company
                current Job title

                     Atlanta   GA   30303
                County   City   State   Zipcode

Defendant 14:   LIVING HOPE CARE CENTER
                name(Last, first)

                Adult care center
                current Job title

                402 North J st.
                current work Address
                Pierce Tacoma   WA   98402
                county   City   State   Zipcode

Defendant 15:   UBER
                name(Last, First)

                Ride sharing Company
                current Job title

                1455 Market street #400
                current work address

                San francisco   cal.   ?
                county   City   State   Zip code

Extra sheet Attached from Page 3. Defendeant Information

Defendant 16: LYFT
name (Last, First)

Ride Sharing company
Current Job title

185 Berry Street # 5000
Current work address

Sanfrancisco Cal, 94807
county City       State   Zip code

Defendant 17: FRISKO FREEZE
name (Last, First)

Famed Burger Joint
Current Job title

1201 Division AVe
Current work address

Pierce Tacoma   WA 98403
county City      State  Zip code

Defendant 18: HOTEL MURANO
name (Last, First)

Hotel
Current Job title

1320 Broadway Plaza

Pierce Tacoma   WA 98402
county City      State zip code

Extra sheet Attached from Page 3. Defendant Information

Defendant 19: C.J.s BAIL BONDS a/so ALL CITY BAIL [Bon
name (Last, first)

Bail Bond Company's
Current Job titles

620 South 11th st
current work address

Pierce Tacoma WA 98402
county  city        state  zip code


Defendant 20: EXTENDED STAY AMERICA
name (Last, first)

Hotel
current Job title

2820 Pacific HWY E.
current work address

Pierce FIFE WA 98424
county  city  State  zip code


Defendant 21: ALADDIN BAIL BOND NATIONAL Co.
name (Last, first)

Bail Bonding
current Job title

755 South Tacoma Ave
current work address

Pierce Tacoma WA 98402
county  city   state  zipcode

Extra Sheet Attached from Page 3. Defendant Information

Defendant 22: MACY's Company
name (Last, First)

Department Store
Current Job title

KitSap      WA          ?
county      state      zipcode


Defendant 23: NAIDDER Company
name (Last, First)

Property management and ownership    J.R. Smith
Current Job title                    James nelso

402 St. Helens Ave
Current work address

Pierce  Tacoma   WA 98402
county  City     State  Zipcode


Defendant 24: FIRST Commerce Bank
name (Last, First)

Federal Bank of Tacoma WA
Current Job title

9th and A St
Current work address

Pierce  Tacoma   WA  98402
county  City     State  Zip code

Extra sheet Attached From Page 3. Defendant Information

Defendant 25: The True Blue Co.
name (Last, first)

Company
Current Job title

1015 A St
Current work address

Pierce Tacoma WA 98402
county  city    state  zipcode

Defendant 26: Banner Bank
name Last, first

Bank
current Job title

1017 A st
Current work address

Pierce Tacoma WA 98402
county  city    state  zipcode

Defendant 27: Bad Boy Bail Bonds
name (Last, First)

Bail Bond company
Current Job title

54th and Pacific ave

Pierce Tacoma WA   ?
county  city    state  zipcode

Extra sheet Attached from page 3. Defendant Information

Defendant 28: Regan Bail Bonds
names(Last, first)

Bail Bond company
Current Job title

Pierce   Tacoma   WA   98402
county   City   state   zip code

Defendant 29: WAL-MART
name (Last, First)

Super Department store
current Job title

1965 S. Union ave
current Work address

Pierce   Tacoma   WA   ?
county   City   State   zip code

Defendant 30: AMAZON
name (Last, First)

Company
Current Job title

King   Seattle   WA   ?
count   City   state   zipcode

Extra sheets Attached From Page 3. Defendant Information

Defendant 31: WyNN RESORT and CASINO's and HOLDINGs
name, (Last first)

Gaming & Entertainment
current Job title

LAS VEGAS NV
city           state

Defendant 32: MUCKLESHOOT Casino and HOTEL
name (Last, first)

Gaming & Entertainment
current Job title

King Auburn WA        ?
county city    state  zip code

Defendant 33: Kentor Diamond Company
name (Last, First)

Jeweler store
current Job title

42/8 S. steel st.

Pierce-Tacoma WA        ?
county City    State  zipcode

Extra sheets Attached from Page 3. Defendant Information

Defendant 34:   Chambers Bay Golf Club and Resort
name (Last, first)

Golf Club and course
current Job title

6320 Grandview Dr. W
current work address

Pierce   university Places   WA   ?
county   city   State   zipcode

Defendant 35:   The ELKs Golf Club
name (Last first)

Private Golf Club
current Job title

19th   union

Pierce Tacoma   WA   ?
county   City   State   zipcode

Defendant 36:   105 motorcycle club
name (Last/first)

local MC / Private club
current Job title

38th and G St

Pierce Tacoma   wa
county   City   state

Extra sheets Attached from Page 3. Defendant Information

Defendant 37:   Emerald Leaf
                name (Last, first)

                Cannabis dispensary
                current Job title

                2702 6th Ave

                Pierce Tacoma  WA 98405
                County  City    State  zip code


Defendant 38:   POP's Deli mart
                name (Last, first)

                Corner Store / Gas station
                current Job title

                7202 6th ave

                Pierce Tacoma  wa      ?
                County  City   state  zipcode


Defendant 40:   Bellevue Rare Coin
                name Last, first

                nusmatic / coin collecter
                current Job title

                23rd So. Pacific ave
                current work address

                Pierce Tacoma  WA 98402
                county  City    state  zipcode

Extra sheets Attached from Page 3. Defendants Information

Defendant 41: Marriott Hotel
name(Last first)

Hotel
Current Job title

4th Commerce
current work address

Pierce Tacoma WA 98402
county  City   state  zipcode

Defendant 42: Swiss The
name Last, First

Bar
Current Job title

1904 Jefferson ave
Current work address

Pierce Tacoma WA 98402
county  City  State  zip code

Defendant 43: 43 RD Street Pub LLC
name (Last, first)

Pub
current Job title

4302 Pacific ave
Current work address

Pierce Tacoma WA ?
county  City  State  zipcode

Extra sheets Attached from Page 3. Defendants Information

Defendant 44: Tacoma Polices Department
   name (Last, first)

                   Police
                   current Job title

                   37th Pine st
                   current work address

                   Pierce   Tacoma    WA    98409
                   count    City      State  zipcode

Defendant 45: FiFe Police Department
                   name

Defendant 46: Puyallup Police Department
                   lname

Defendant 47: Seattle Police Department
                   name

Defendant 48: Pierce County Sheriff Department
                   name

Defendant 49: Ruston Police Department
                   name

Defendant 50: Internal Affairs, Tacoma Police Department
                   name

Defendant 51: Pierce County's Prosecutor office
                   name

                   Prosecutor's / (HillTOP Prosecution Gang) HPG
                   current Job titles

                   930 Tacoma ave s.
                   current work address

                   Pierce  Tacoma,  WA  98402
                   county   City    State  zipcode

not
- Listed

Extra Sheets Attached from Page 3, Defendant Information

Defendant 52: Public Defenders office
name

                                         Kevin    , Jared Vero and
        Assigned Counsel / Superior court Att.
        current Job title

        949 Market Street, suit 334
          current work address

        Pierce  Tacoma   WA 98402
        county   City    State  zipcode

Defendant 53: Att: Hurshman, Brian
            name (Last, First)

        Lawyer
        current Job title

        930 Takoma ave s
         current work address

        Pierce  Tacoma   WA 98402
        county   city    State  zipcode

Defendent 54: Tacoma Fire and Rescue, and EMT's
           name (Last, first)

        Fire fighter and Rescue
        current Job title

        901 Fawcett ave
        current work address

        Pierce  Tacoma   WA 98402
        county   City    State  zipcode

Extra Sheets Attached from Page 3. Defendant Information

Defendant 55: Department of Correction officers Hubert Patterson
names

Probation officer
current job title

13th Tacoma ave s.
current work address

Pierce    Tacoma    WA    98402
county    city       state    zipcode

Defendant 56: Pierce County Jail Deputy Gram, male
name (last, first)

Corrections officer in the Jail
current job title

910 Tacoma ave s.
current work address

Pierce    Tacoma    WA    98402
county    city       state    zipcode

Defendant 57:    T.S.A
name

Defendant 58:    Bokken, Todd
name (last, first)

Federal Agent
current job title

1717 Pacific ave
current work address

Pierce    Tacoma    WA    98402
county    city       state    zipcode

Extra sheets Attached from Page 3. Defendant Information

Defendant 59:   Gradski, steve
                name (Last, First)

                Federal Agent
                current Job title

                1717 Pacific ave
                current work address

                Pierce  Tacoma   WA 98402
                County   City        state   zipcode

Defendant 60:   Ringer, John
                name (Last, First)

Tacoma Gang Task force leader & Federal Leiaison and Team,
Across multipul States.
                current Job title

                37th Pine street
                Pierce  Tacoma   wa  98402
                1717 Pacific ave
                Pierce  Tacoma   wa  98402
                930 Tacoma ave s.
                Pierce  Tacoma   WA 98402
                current work address's

                county   city     stat  zipcode

Defendant 61: KITSAP COUNTY SHERIFFs OFFICE
Defendant 62: KITSAP COUNTY JAIL
Defendant 63: LAKEWOOD POLICE DEPARTMENT
Defendant 64: NASQUALLY POLICE DEPARTMENT

Extra sheets Attached from Page 3. Defendant Information

Defendant 65. officer Luke
name (last,first)

Tacoma Police officer
current Job title

37th Pine St.
current work

Pierce Tacoma WA 98408
county   City   State Zipcode

Defendant 66: officer Mosses
name (Last,first)

Tacoma Police officer
current Job title

37th Pine St.
current work address

Pierce Tacoma WA 98408
county   City   State Zipcode

Defendant 67: officer Theory
name (Last,first)

Tacoma Police officer
current Job title

37th Pine St,
current work address

Pierce Tacoma WA 98408
county   City   State Zipcode

Extra Sheets Attached from Page 3. Defendant Information

Defendant 68: Office Time KP
name (Last, First)

Tacoma Police officer
Current Job title

37th Pine street
current work address

Pierce   Tacoma   wa   98408
county    City         State  zipcode

Defendant 69: officer Hightower (AKA Lukes. A)
name (Last First)

Tacoma Police officer
current Job title

37th Pine st.
current work address

Pierce   Tacoma   WA   98408
county    City         State  zipcode

Defendant 70: Sgt. Johnson
name (Last, First)

Tacoma Police Sgt.
current Job title

37th Pine street
current work address

Pierce   Tacoma   WA   98408
county    City         state  zipcode

Extra sheets Attached from Page 3. Defendant Information

Defendant 71: Officer Smith Kenny L.
name (Last, first)

Tacoma Police officer
current Job title

37th Pine St.
Current work address

Pierce Tacoma wa 98408
county   city   state   zip code

Defendant 72: Hansen Chris
name Last, First

NBC's How to catch a Preditor's Hoste/anchor
current Job title

30 Rockefella Plaza
current work address

NEW YORK NEW YORK 10112
City   State   zip code

Defendant 73: Salazar
name Last, first

Pierce county Jail Deputy
current Job title

910 Tacoma ave S,
current work address

Pierce Tacoma wA 98402
county   city   state   zip code

Extra Sheets Attached from Page 3. Defendant Information

Defendant 74: Former Governor Gregoire, Christine
                              name (Last, Fast)

                    Civilen
            Current Job title

Defendant 75: Senat Rep. (R) Pierce County

Defendant 76: U.S. Army Rangers stationed Ft. Lewis & S.C.
              2003 Pendleton st. FT. LEWIS

Defendant 77: Tacoma City, council, manager, Aditor, controlle
                              name

              Governing Body
           Current Job title

              747 Market St.
           Current work address

           Pierce  Tacoma  wa 98402
           county   City   State  zipcode

Defendant 78: Pierce County Council
                              name

              Governing Body
           Current Job title

           930 Tacoma ave s, Suit 1046
              current work address

           Pierce  Tacoma  wa 98402
           county   CHy   State  zipcode

Extra Sheets Attached from Page 3. Defendant Information

Defendant 79: Former Tacoma Mayor Strickland
name Last / First

Defendant 80: County City Building
name Last, First

District court Judges, Superior Court Judges, Records
current Job titles

930 Tacoma ave s,
Current work address

Pierce   Tacoma   wa 98402
county    City     State  Zip code

Defendant 81: University of Washington Research Center
name

School
Current Job title

19th Pacific ave
Current work address

Pierce  Tacoma   wa 98402
county   City     State Zip code

King   Seattle   WA   Campus   ?
county   City     State           Zip code

Extra sheets Attached from Page 3, Defendant Information

Defendant 82: Department of Social and Health Services
name

Services
Current Job title

37th Pacific ave
Current work address

Pierce   Tacoma   WA 98406
County   City   State   Zip code

Defendant 83: Pierce County School District
name

Defendant 84: U.S. District Court House
name

Probation Division
Current Job title

1717 Pacific ave
Current work address

Pierce   Tacoma   wa 98402
County   City   State   Zip code

Defendant 85: Puyallup Tribe and ALL Nations
name Last, First

Puyallup tribe of Indians
Current Job title

2209 E 32nd st.
Current work address

7

Pierce   Tacoma   wa   Zipcode
County   City   State

Extra sheets Attached from Page 3. Defendant Informatic

Defendant. 86: Correctional Industres, Nationally

Defendant 87:   Pierce County Jail Deputy, Malar
                              name

                              Jail correction officer
                              current job title

                              910 Tacoma ave S,
                              current work address

                              Pierce  Tacoma   WA  98402
                              county   city    state zip code


Defendant 88:      Orion - owners
                              name
                   Apartments

                   1st St. Helens ave
                       current work address

                   Pierce  Tacoma   WA  98402
                   county   city    state zipcode


Defendant 89:      Duxbary - owners
                        name Last-First
                   Apartments
                   current job title

                   226 St. Helens ave
                       current work address

                   Pierce  Tacoma   WA  98402
                   county   city    state zipcode

Extra sheets Attached from Page 3. Defendant Information

Defendant 90: Cascade Park care center
                    name (Last, First)

                  Adult Living
                  current Job title

                  228 st. Helens ave
                  current work address

                  Pierce Tacoma WA 98402
                  county   City    State zipcode

Defendant 91:   Cambridge - owner
                    name (Last, First)

                  HOTel
                  current Job title

                  402 st. Helens ave
                  current work address

                  Pierce Tacoma WA 98402
                  county   City    State zipcode

Defendant 92:   metropolaton - owners
                    name (Last, First)

                  Apartments
                  current Job title

                  4th St. Helens ave
                  current work address
                  Pierce Tacoma WA 98402
                  county   City    State zipcode

Extra sheets Attached from Page 3. Defendant Information

Defendant 93: Rembrant. owners
name (Last, First)

Apartments
current Job title

224 st. Helens ave
current work address

Pierce Tacoma WA 98402
County City state zipcode

Defendant 94: Jones Diana Lynn
name (Last, First)

CNA
current Job title

402 north J st
current work address

Pierce Tacoma WA 98402
county City state zipcode

Defendant 95: Hall Herbert
name (Last, First)

Truck Driver
current Job title

Nikki Gregorie Trucking Georgia
current employer's name

Extra Sheets Attached from Page 3, Defendants Information

Defendant 96: Clark, Johnathen
name (Last, First)

Cell phone store owner/operater
current Job title

9117 11th st
current work address

Pierce  Tacoma  WA  98402
county  city  state  zipcode

Defendant 97: Clark, Michell
name (Last, First)

Pit Master of Bobs BBQ
current Job title

9115 11th st.
current work address

Pierce  Tacoma  WA  98402
county  city  state  zipcode

Defendant 98: Whitmore, Lisa
name (Last, First)

DoorDash Driver
current Job title

19th Cushman st.
current work address

Pierce  Tacoma  WA  98405
county  city  state  zipcode

Extra Sheets Attached From Page 3, Defendant Information

Defendant 99: Whitmore, Sterling
                name (Last, First)

        CEO of umbrella Ent, DoorDash Driver
            current Job title

        P.O. Box office 39th Pine St,
            current work address

        Pierce Tacoma WA 98406
        county   City     state zipcode

Defendant 100: Simmons, Qiana
                name Last, First

            unemployed
            current Job titled

        3515 so M St.
            current work address

        Pierce Tacoma WA 98406
        county   City     State Zipcode

Defendant 101: R.S.
                name (Last, First)

            Self Employed
            current Job title

        100 100th Blvd
            current work address

        king Bellevue wa ?
        county  city    state zipcode

Extra sheets Attached from Page 3. Defendant Information

Defendant 102: Evens, Marcus & Family
                name (Last, First)

12th Lawrance st
current work address

Pierce Tacoma WA 98404
county City State zipcode

Defendant 103: Thomas/Jones Shanecia
                name (Last, First)

unemployed
current Job title

226 st. Helens ave
current address

Pierce Tacoma WA 98402
county City State zipcode

Defendant 104: Jones Ronnell Ray
                name (Last, First)

unemployed
current Job title

Pierce Tacoma WA 98402
count City State zipcode

Extra Sheets Attached from Page 3. Defendant Information

Defendant 105:  Lewis, Omar & Family
name (Last, first)

New anchor
current Job title

C013 Fox Headquarter westlake
current work address

King  seattle   wa   ?
county  City   State  zipcode

Defendant 106: Lewis, Alexandrea
name (Last, first)

New anchor
current Job title

C013 Fox Headquarters westlake
current work address

King  Seattle   wa   ?
county  City   State

Defendant 107.  Derrick
name

owner, supervisor, sales
current Job title

2702  6th  ave
current work address

Pierce  Tacoma   WA  98405
county  City   State  zipcode

Extra Sheets Attached from Page 3. Defendant Informatio

Defendant 108: Angela
name Last First

owner, grower, distributer
current Job title

2702 6th ave
current work address

Pierce   Tacoma   wa   98405
county   City   State   zipcode

Defendant 109: Chou
name (Last, First)

Prosecutor
Current Job title

930 Tacoma ave S.
current work address

Pierce Tacoma   wa   98402
County   City   state   zipcode

Defendant 110: Furer
name Last, first

Prosecutor
Current Job title

930 Tacoma ave S.
current work address
Pierce Tacoma   wa   98402
county   City   state   zipcode

Extend sheds Attached from Page 3. Defendants Information

Defendant 111: Rose, Jalen & Molly
                    name (Last, First)

                    ESPN Sports analyst
                        current Job title

                    NEW YORK NEW YORK
                        Current work address

Defendant 112: Champion, Cari
                    name (Last, First)

                    ESPN Sports analyst
                        current Job title

                    California
                        Current work address

Defendant 113:   Cooper, Anderson
                        name (Last, First)

                    News Host / Anchor CNN
                        current Job title

                    Atlanta GA. 30303
                        current work address

Defendant 114:   Lemon, Don
                        nome (Last, First)

                    News Host / Anchor CNN
                        current Job title

                    Atlanta GA 30303

Extar sheets Attached From Page 3, Defendant Information

Defendant 115: Turner Tedd
name (Last, first)

founder, owner of CNN, TBS, TNT, ESPN etc etc
current Job title

Atlanta   GA. 30303
current work address

Defendant 116: Sky Creative   Pierce   Tacoma   WA
name            county    City      state

Defendant 117: Mark linquest   Pierce   Tacoma   WA
name            county    City      state

Defendant 118: Brimstone Piru   cal.
name                  state

Defendant 119: Rolling 60's Crip   Cal.
name                state

Defendant 120: 60 Block Crip   Pierce   Tacoma   WA
name            county   City      state

Defendant 121: Aramark National corp.   cal.
name                       state

Defendant 122: Briggadear General Adams
name

Defendant 123: Ramsdell Don
name (Last, first)

Chief of Tacoma Police Department
current Job title

37th Pine   Street

Pierce  Tacoma  wa 98406

Extra sheets Attached from page 3. Defendant Information

Defendant 124: Ladenburg, Connie
name (Last, First)

County Council member District 4
Current  Job title

930 Tacoma ave s, Suit 1046
Current work address

Pierce Tacoma WA 98402
county city    state zipcode

Defendant 125: Kit Alex
name Last, First

walla walla state penalentary
Current address

Defendant 126    At Driven School
name

owner/operator
current Job title

6th ave
current address

Pierce Tacoma WA 98405
county  City    state ZipCode

Defendant 127: waller Tyoga
name   Last First

founder & CEO of Palms up
current Job title
Pierce Tacoma WA    ?
county   City    State zipcode



**TACOMA PUBLIC UTILITIES**

3628 South 35th Street

Tacoma, Washington  98409-3192

June 1, 2020

Derrick Quinn Jones #2020122016
Pierce County Sheriff's Department
910 Tacoma Av South
Tacoma, WA  98402-2168

Subject: Public Disclosure Request #T005087-052820 Jones

Dear Mr. Jones:

The City of Tacoma received a public disclosure request for "address of all of the following
defendants involved in this case.

ALL DEFENDANTS

Jamaica Thomas
Ron Thomas
Reese Jackson/Welch
Nash Welch
Collie Babbs
Maxine Ford
Andrea Smith
Ivan Jones
J.R. Smith
James Nelson
Roddric Smith
Darrell Peters
Rodney Peters
Qiana Simmons
Marshai
Matija Yvonn Ponton
Marcues Evens
Mike
Johnathan Clark Mike Clark – Owners of Bobs Bar B Que
Mike Clarence
Andrea Ponton
Bobby Smith
Donald Smith
John Ringer
John Ladinburg

*C:\Users\landerson\Desktop\GovQA files\T005087 response letter.doc*



TACOMA
POWER



TACOMA
WATER



TACOMA
RAIL



**TACOMA PUBLIC UTILITIES**

3628 South 35th Street

Tacoma, Washington  98409-3192

Todd Bokken
Steve Gradski
Demitrea Jones
DOC Officer Hubert Patterson

The City of Tacoma does not have the responsive records to your request nor are we able to
research the information you have requested.

Your request T005087-052820 is now closed.

Regards,

Lisa Anderson
Public Disclosure Analyst
Tacoma Public Utilities
3628 S 35th Street
Tacoma, WA 98409



TACOMA
POWER



TACOMA
WATER



TACOMA
RAIL

*C:\Users\landerson\Desktop\GovQA files\T005087 response letter.doc*

## III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you __must__ specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 14th Amendment: All Goverment officials, Local officials, Entities, Companys, and Person's Listed as Defendants. Quinn v.Shinley, 293 F3d 315 (6th Cir)

*State the __facts__ of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2  On 10-19-18 I DERRICK QUINN JONES, was falsely arrested for (UPCS) unlawful possesion of a controlled substance and drug loitering.

1.3 I came to 14th and MLK Jr, way in Tacoma Wa.

I saw a crowd of people that I knew and know standing in the mild of the block, I processed to walk toward them, as I walked toward them I stopped and bent down, when I got to the crowd I started talking to the individuals that were there, George, Cathie, miss Brinda, Dannin and a few others that were there.

1.4   A few of the individuals had money for me from dealings we have had. I gathered the processes and walked over to a red car that Andi was sitting in acrossed the alley.

1.5   At the car Andi asked me if I could read this court paperwork that she had, I said, I would read the paperwork, as I leaned into the red car to grab the paperwork seven Tacoma Polices vehicals came from different directions, I stepped away from the car with paperwork in hand.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I.  Continue to number your paragraphs.*

My character as a child of GOD, a Human a person a Individual and a U.S. citizen has been Defamated, Slander, vilified and Defecated apawn International!

Extra sheets from statement of facts.

1.6   An officer (officer mosses) approached me and asked me for my I.D., I placed the paperwork back in the car. I turned to officer mosses, and said no I will not show you my I.D.. I asked officer mosses what for? (I have a right to ask for a reason in washington state) I asked, am I being arrested? the officer said NO, I asked, am I a suspect in a crime? the officer said NO your NOT.

1.7   The officer said matter of fact put your hand behind your back! you are being detained! I complied. As I was being detained, the other officer were questing, searching, and running thee names of the individuals I had, had prior contact with. All were found to have no drugs, NO ONE said I sold them anything, there was no marked money which I had $242.60 on my person and everyone was clear always (except for an individual name Bruce, who was arrested with me) The officers search the area, even where I bent down at.

1.8   Officer mosses searches me and find, NOTHING! NO drugs, NO mark money or anything that could of been perceived as drugs in his thourough search of my person on sceen!

1.9   officer mosses, placed me his vehical and stepped away from the vehical and began talk on his radio, on the other end of thee radio was Gang task force leader and FBI liaision John Ringer as well as the task force

Extra sheets from statement or facts

unit, with Tacoma Police Sgt. Johnson. John Ringer
instructed Sgt. Johnson to have officer mosses
arrest me for (upcs) and drug loitering. Officer
mosses returned to the vehical and informed me
that I was being arrested for upcs and drug
loitering, I began to dispute the charges! there were
no drugs found, there was and still is no signage
stating NO LOITERING. (The statute for drug loitering
is: A person has to be stationary for five minutes or
more, while in the act of promoting or saling drugs!
as well as notification i.e signage, wordage etc etc.)
In that location, He didn't consider my statements!
He informed Bruce he was going to jail for a warrant.
He drove us to Pierce County Jail and booked us.
1.10    I Booking officer at the Pierce County Jail,
had me go through the booking process and then
had me go to a holding cell, and before he handed
me my jail clothing he had me go through a
strip search then he handed me my clothes, and
(Bend over, cough, feet, mouth, hands, ear's etc etc)
walked out! I heard him say to officer mosses,
he doesn't have ANY DRUG's! I heard officer
mosses say what!!!, he has no drugs. As I was
coming out of the holding cell I could see the
expression on officers mosses face was one of
pure anger!
1.11 I was booked in Pierce county Jail for upcs and

Extra sheets from statement of facts
loitering for drug purposes with NO DRUG's. (Posession
is 9/10 of the law.) At one point I talked to my
Attorney Nick Anslie DAC about this false arrest he
looked it up while on the phone with him with my
files in front of him told me that I had not been
arrested on that date and there was no digital record
of it! A few day later after talking to him it just
pop's back up in my files! Attorney Anslie is a research
Attorney, before he make statement, commits, advice
he knows what he's talking about. Even he found
this odd!
1.12  I was in 2B new jail, and the c/o came and
told me that the upcs was dropped, I was being
held on the drug loitering, my $242.60 would not be
seized (which they had put to the side) and my bail
was 1,000 c/s not the no bail hold I had before.
1.13  How do I get charged with something I didn't
have, and then the charges get dropped with out
them being (NCF'ed) I'm sure there was a Judge
involved to approve ALL these actions!
1.14  I called my mother DIANA LYNN JONES, to ask
if she could come bail me out. I have thee hunderd
dollar's on my books and I will pay her back, she said
ok, but not tell tomorrow. 10-20-18 I got bailed
out through Aladdin Bail Bond for 10% of $1,000 = $100
the jail set my court date for 10-23-18.
1.15  On 10-20-18 is when the first Alert went out

Extra sheet from statement of facts
in Washington State. (Per. Chris Hansen, John Ringer
and Judge Ladinburg they have been broadcasting
my name Derrick Quinn Jones, as a level 3 sex offender
on the run across other regions sents 2013)
over multipual media outlets, using my GOD given
name DERRICK QUINN JONES, and the picture
of Naithancual Quin Jones (the real level 3 sex offend-
er wanted for all these crimes, also an army ranger
part of their unit) stating that I am an level
3 sex offender on the run for RAPE, MURDER,
PETUPHILIA.

1,16  I had been out of prison a total of 35 day
when all this started, I got released 9-14-18 from
Larch correctional center. Andrea Smith came
to get me. I went to Ivan Jones house where
Andrea was staying, Ivan knew I was coming
there, in fact he said it was ok and that he
would come get me from LCC on the day I got
out in his Bentle. (He didn't come Andrea did)
now I know why he kicked me out a week
and a half later, He and others came up with the
Ideal to put me on how to catch a preditor, He
didn't want them tracking me to his house, plus
he didn't like the fact that Matija Yvonn Ponton
loved me. His fat bitch that would never go any-
where, the one he told that they would run off
together with all the money they have scammed

Extra sheets from statement of facts
lied and cheated for. (these are his own words)
they have done this before to others. however this
time was different, me and Ivan went to school
together and I saved his ass when were
young, and Matija did something she said she
would never do loved some one other then
Ivan, even tho they had not been together for
years and had kids with other men and
women. (I did know all this till later tho)
117  I left the Duxbary's apartments on 10-20-18
and went to the spot where I was arrested
the day before, I took photo's of the surround-
ing area to show in court that there is
no no loitering signs anywhere. something
about the day felt different like I was being
looked at by everyone, I disreguarded as
me being shook up from my arrest
1.18   I go to court on 10-23-18 with a friend
with the full intention to show my DAC Lawyer
the pictures I had taken of the area and
to tell him or her for us toget ready to
go to trail, as I'm walking into the court
room I see TPD officer Schocough and another
officer, he looked familier, however I'm
not sure from where. I know officer schocou
gh from prier contacts, he has arrested me
at least 3 time, before me seeing him at court

Extra Sheets from statement of facts

I walked into the court room, gave prosecutor chou my name, he told me that my charges have been NCF'ed (No charges filed) pending investigation. (They do this to keep a case open on you, to say you were under investigation for this, so they can justify them investigating you for bigger crimes and other things not related to the municipal court charges. And prosecutor Furer and chou use this for leverage if an individual comes in again! I believe this is illegal on it face, because they use this tactic clandestinely to avoid getting warrants i.e. I didn't need to get a warrant because he was under investigation for this.) (which I was not under investigation for anything I check multipul time through multipul people)

1.19  In days and the weeks to follow 10-23-18, I started to notice more and more traffic, car's and people around me and following me. I am very observent and aware of my surroundings.

1.20  In the time leading up to this MATIJA YVONN PONTON had gotten in contact with me to inform me that she had went and got our no contact order modified to a no hostle no contact order. we began talk and seeing one another again slowly. she was working and taken classes at the churchs resource center located on 7th and Tacoma ave. I start to ask myself why are the people and car's following me, what is going on, I remember NCF pending

Extra sheets from statement of facts

1.21 I call matija to ask her to contact the courts for me, to see if I had any warrant or any open case that I didn't know about and to ask about the drug loitering investigation, she said ok (this was on or around the 30th of october) she called me back with in the hour and told me that I have no what's, no warrants anywhere and that there is no investigation on the drug loitering, that case and investigation is closed final, you good baby stop stressing.(believe it or not matija knows her way around some law books and know who to contact about these type of things, if she would of focused she would of been a torrior in a courtroom you want to go somewhere after I get off, I said yes, we went out, I don't remember where we went but as we were out I still noticed, cars following us. I didn't say anything to matija I just kept look. (fact: up to that point the only substance I had used was cannabis and bud lights not even hard alcohol.)

1.22 I had already moved almost all of my belonging from Ivan's and was staying nights at the Duxbarys (which is owned by the Naidder co. major share holder J.R. smith & James Nelson (who have conseeded to the facts and the allowance of these acts on the propertys, Rape, prostit- ution, att murder, gangstalking etc etc, on the propertys of Cambridge Hotel, Duxbarys on 92nd South Tacoma way apartment, Lakewood and many other property

Extra sheets from Statement of facts

while I was there I began to hear people walking in the hallwa stopping at door #104, I would see the silhouettes of individuals passing by the window. In the day time, there would be car's following me EVERYwhere I went. they made it clear that they were following me, but not what for! I began noticing people would pull up to me look at the phones, some would point, some would shake their heads. I know now they were look at the alerts that were beinning sent out everytime I came outside(note: of fact I've NEVER HAVE RECIEVED AN ALERT ON ANY OF MY PHONES, even with ALL thee ALERTS on, in any STATE, TOWN, or CITY. Fact)

1.23 with all of this going on around me I reached out to Sterling Whitmore, to see if I could come stay with him like we talked about when I was in prison, he said ok I moved the few thing I had over to his house on 105th L St.(Fact: Sterling tried to have me set up and capperd in is house he was my brother, he asked me to be his daughter GOD father and to do this to me for money and doesn't ask, tell me ar confront me with it % #@? beep beep beep)

1.24 I stayed at the Guest house Inn with matiga the tried to set me up for Rape there, I seen them outside the door, window across the street at the Roadway Inn I saw the camera crew filming me, I showed matija, Howard Johnson Hotel Hosmer, they had offices come, and they said that I touch Asha Ponton matija bubys dad Mike had her say that, and then she told the truth. Fife casino Portland Casino Same thing from 10-19-1 till this very moment, everywhere I've been everywhere I go, I've been Falsely accused

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 16th Amendment: Judges, Prosecutor's, Public Defender Police Departments Police officer's, Special Agents Task Force Military u.s. Army Rangers stationed at Ft. Lewis, Judicial Condut WA.R.C.W Yick Wo v. Hopkins -118 US 356, 30 Led 220, 96 Sct 1064

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 Through this whole perversion of Justice, I have sought to face my accusers.

2.3 From the moment I was told by John Ringer, Chris Hansen, Todd Bokkens and the rest of the How to catch a preditor cast and crew, under thee stadium way exit, on or around the 30th of November about these false accusation I have repeatedly made myself available, I've made in roads to clear myself of this demeaning lie.

2.4 I have demanded to speak to Justices, Judges, in multipul states, I have sighted constitutional violation, especially in Florence S.C. I have shown my Identification any and every body in every state, truck stop, motel room, I've knelt down with my hand behind my head

with my finger enter lock in front of the
the county city Building Tacoma WA on or
around 4-20-20, stating I'm here to stand
accountable for ANY accusation, charges, or
enquires that may be against me, I've also
done this at the Tacoma Police Departments

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

I have Endured, False imprisonment, malfeasance,
malevolence, Pursued malriciously, malicely
with reckless aband, Denied due process, with the
willful Knowledge of the denial of due process.

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 All my civil Right have been violated. The
nonpolitical rights of a citizen. Those guaranteed by the 13th
and 14th amendments to the Constitution and by acts of Congress

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2 All defendants involved have violated my
constitutional and civil Right, by the sure knowledgeable
and willful participation in dening me LIFE,
LIBERTY, and PROPERTY is a clear violation of
rights that "WERE" guaranteed to me

Extra sheets from statement of facts, Count 11

Headquarter at 37th and Pine street.

2.5 I've walked up to Tacoma Police officer Martese's on 15th an sprauge st at the Shell station, and asked him are you looking for me? an hour or two after John Ringer told me that the charges would be Rape, murder, and petuphilia of a girl! I've had my name ran by the probation office in the U.S. District court house where I signed in and am a camera, I handed my I.D to the agent he took it with him, I heard him say to another agent (and I quote: that's him, but that's not him unquote). I've had my name ran by un- seen agency, Homeland Security in April 2020, U.S. custom around the same time at the ICE detention center on the tide flats.

2.6 I have even contacted President Donald J. Trump via twitter in or around Feb. 2019 a number of time! Pleading for HELP !!!, I contacted Anderson Cooper of CNN, Don Lemon CNN, Senator Murry, Senator Cantwell and many others in this matter

2.7 I've done most everything to get my day in court, for Justice to be served, to free myself of this dehumanization!

2.8 John Ringer and Tacoma Police Chief Don Ramsdell use to be partners, and worked together to bring down HillTOPs and myself, John Ringer

Extra sheets from statement of facts count 11

stated the HE has used ILLEGAL tactic's in EVERY-
ONE OF HIS CASES! How convenient it must be to
have your partner as the Tacoma Police chief, you
the Gang taskforce leader, thee liaision to the FBI
and Great friends with the Hill Top Prosecution
Gang (HPG) and that includes Mark linquest as well
as the superior and district court Judges which
he John Ringer has stated that they our his Judges
and they are involved have been involved, and stated
that they are the biggest and best Crime Syndicate
in the nation.
2.9 to have all the these resources at your
disposal it would not be to hard to keep his
diabolical agenda going not to menchin, Denver,
Mythal Beach S.C., califorina, Florence S.C.,
Tacoma etc etc.
2.10 no wonder he had the ability to state he
has been behind everyone of my arrest!
2.10 John Ringer works very closely will Prosecutor
Furer and chou, in municipal court, to do things
like put pending investigation on no charges filed
to keep an investigation open on a person, so
they can avoid seeking warrant and to lessen
their paper tail, they thought that's how they we're
going to get away with what they are doing
and have done to me.

from birth!

3.3 Defendants list are involved either by the decision making of how these hellacious act and action should be carried out, by financing these noefearious acts, or by direct involvment in these herendous action against me!

3.4 In any case this would make them conspirtors or at least co-conspirtor's in dening me Life, Liberty, and Property

3.4 by dening me life, they how also denied me the opportunity to creat! also the opporunity to procreat! By the defendants participating in dening me liberty, they have stunted my intellectual growth through my passion for reading and learning, through this whole ordeal I have not been able to

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

I experienced, profiling, discrimination, I've been lied to, lied about, I've been denied sexual relation, relation I've been hinderd, impeded apau, in every way I've been denied intellectual growth, Knowledge, equality dignity, hope, happiness and LIBERTY.

Extra sheets from statement of facts count III

enjoy a book or finish a book in fact EVERY Time
I pickup or pull out a book thee hinders become
greater! In fact John Ringer and others stated that
"He/they "don't want me reading shit" "he is to smart
already" "I want those books for myself" "where going
to TAKE those books from him". I own and read over
200 book and have at least 50 unread book sitting
do to this atrocity.

3.5 The resulting effect is a lose in my vocoulary
usage, which in ture effect the way I talk, which
in turn effects the different levels of communication
and comprehension, which in turn make me "LOOK"
ignorant and unintelligent.(which is not true)

3.6 Each and everyone of these defendant have
placed intellecual wagers against me, as a group or with
one spokes person and as individuals, these wagers
have been Question and Answer! NOT BET's on
card, dice, hourse racing, dog racing, prize fighting,
football, baseball, basketball, soccer, water polo etc
etc. these defendant have lost these intellecual wager
and have failed to make good on these wagers, by
deciding not to make good on them, they instead
chose to inject themselfs into acts and actions
that have put them in alignment with the
perpetuaters of these deplorable acts against me
DERRICK QUINN JONES.

3.7 Even the Emerald Queen Casino's has infringed

Extra sheets from statement of facts, count III
apawn my constitutional right to participate in legal
gaming and to recieve the proceeds from that
legal gaming. I DERRICK QUINN JONES have won
the whole casino in Fife and on Portland ave, by
placing my currency into the gaming machine,
like every other patron of the casino's!
3.8 First I won ten million, on Portland ave. on
the ZEUS machine in the non-smoken section, Recorded
and witness by casino cameras, the How to catch a
preditor crew, and Detective Reminaz T.P.D. Comfirm-
ed by Emerald Queen casino, and Puyallup Indian
Tribe, (which they also have tried to set me up for
Rape in both casino's to avoid having to pay me)
   Second time, I Fife on or around early April 2019, the
machine was SHADOW DIAMOND, 3 emeralds and a
green finger, this was also on casino camera and
confirmed by casino also WYNN owner of the wynn
casino on the strip in Las vegas who sold them that
machine. I was with ROBERT JONES (the voucher was
$22.50 that was stolen)
   Third time, Dangeress beauty Portland ave
Fourth time GOLDEN GODESS, smoking section, mild
machine a Mr. and Mrs, recorded it as well wintness
by EQC employees, also on camera casino, confirmed
by casino, in the beinning of 2020.
3.9 I HAVE NOT RECEIVED ANY PAY OUT!!! All while
being accused of being a level 3 sex offend (with their help)

tra sheets from statement of facts, count III

o the refusal to make good on these legal gaming
winnings, it also voilates the gaming commission
les and standards, it also voilates Federal Laws,
eatie agreements, and Sovereignties granted by
IITED STATES GOVERMENT.

with this blatant neglect to be fourth coming
ith legal earning has effected my financial freedom
& freedom to pay and hire Employees, to make
raritable donations, to invest in the worlds economy,
has effected my purchasing power, my quality of
& and the lives of the ones around me, I am i
ng denied Property.

The defendaints, will try to claim I have no
entification or no vouchers to prove my facts
is i's becceuse they have had my birthcertificate
", vouchers stolen and turned in, they have paid
dividuals carry this out on or around July 12th
19, when they help to get me arrested, with the
elp of Diana Lynn Jones, Tacoma Police, 105 motorcycle
1b also take part stealing of my $200,000° scratch
cet, helping to keep people from bailing me out,
1 bond companys, The Puyallup Indian Tribe and
sino's, Emerald Leaf aand every other defendant
ted. I had 2.2million from the 10million tranferd to the muckleshut, to break hotel
1 I would vincherd to ask what constitutional
nt or civil right that these defendant have

3.10  The refusal to make good on these legal gamii winnings, it also voilates the gaming commission rules and standards, it also voilates Federal Laws, treatie agreements, and Sovereignties granted by UNITED STATES GOVERMENT.

3.11  with this blatant neglect to be fourth coming with legal earning has effected my financial freed the freedom to pay and hire Employees, to make Charitable donations, to invest in the worlds econom It has effected my purchasing power, my quality of life and the lives of the ones around me, I am being denied Property.

3.11  The defendants, will try to Claim I have no Identification on no vouchers to prove my facts this is because they have had my birthcertificate I.D., vouchers stolen and turned in, they have paid Individuals carry this out on or around July 12th 2019, when they help to get me falsely arrested, with the help of Diana Lynn Jones, Tacoma Police, 105 motorcycl Club also take part stealing of my $200,000⁰⁰ scratch ticket, helping to keep people from bailing me out, bail bond companys, The Puyallup Indian Tribe and Casino's, Emerald Leaf and every other defendant listed. I had 2.2 million from the 10 million tranferd to the muckleshot Tribe to break

3.12  I would vincherd to ask what constitutional right or civil right that these defendant have not violated?

3.13  I hold 3 Tribeable council seats, Due to the use of my council that they have used, Cheating, and coopiring to com Rape, set me up for lease murder etc etc

STATEMENT OF CLAIM(S)

## COUNT IIII

Identify the fourth right you believe was violated and by whom:

4.1  4th Amendment: Every Tribe, Casino, Entity, Companys, persons and Individul that wagered against me and has failed to make good on the wagers and legal gambling
statement of facts of your fourth claim below

4.2  Every one of the defendant have wagerd me EVERYTHING they own ten times over, once again on intellecual wages. In most case the defendants presented me with these wagers.

4.3  the Puyallup Indian wagerd their RED BLOOD ten times over, hopen to get that one big hit to win it all back.

4.4  which has resulted in all the defendants ingauging in ruthless acts against me, I have pleaed with the defendants to stop! They have refused to listen to me. now it has come to this point and they are will to do ANYTHING to hide me, get rid of me, anything to quit me, I have seen the attempted Bribery

a Judge in the morono hotel (which also has my
$200,000°° scratch ticket in it safe) I've seen a shoot
taken into the morono hotel to assinate a Justice
and or a Judge, I've heard the screams of women
being rape, because they know me or cared for me,
they said that they murderd chief Justice Jack Tanner
who John Ringer, John Ladenburg, the rangers that
they use to kill HillTops, there is more!.!.!
4.5  All this to make me conceed and sign over
the winnings, to sign over my award for being
recangized to et me like they have done others before
me.  there are Russian and chinese operative in
Salacha work with the Ranger and doing feild
operation together!
        State. with specificity the injurys, harm, or damages
you believe you suffered as a result of the events you
described above in Count IIII 4.11 with out ANY LEGAL warran
issued,  My Being, my Life, and my Identity has been seized and
search through for the past 23 month, All my personal effects
have been rummaged through with ill aband, I've been denied
legal winning from legal gaming establishment. Leaving me
financially stagnant. Seized and stolen items, A blue card
from Georgia unsigned that I promised a chief Just that
I would return, winning voucher from EQC, fife and Portland
$200,000°° scratch ticket, $223,000°° agree apaw with the taskforce
to end this in Georgia, not to bring their Judges into this. (ask John-
Ringer) Team & Jones Investments, Counsulting fee's from multipul States
Diamond Ring, Baseball card, money etc etc. most of all TIME !!!

Extra sheets from statement of facts count 1111

4.6 I know this to be fact, because I have seen the Russians in their Gray & Black camaflag, they are working with the how to catch a preditor crew as gang stalkers and tracks, I also know this because John Ringer and team, with chris Hansen said it themself in or around march, I have see the chinese working in their yards, they use the former airstrip and woods in swan creek as their training ground. They've use the park and surrounding house on 42ⁿᵈ st in salashan.

4.7 It is my understand that individuals as well as enititie, companys, Tribes, Goverment, official, military, Judges and police are liable for not only their action but also their words!

4.8 If you run into a movie theater a say fire and start a stamped and people get hurt that person is liable!

4.9 If individuals say that you have won on gained something in your favor no matter what it maybe and you make efforts to aguire, recoup, fill out, or come in possesion of so said gains, then the enitity, company, official, Tribe, casino and indivrduas are liable for those so said gains!

4.10 The law work both ways, If it's against you, or if it for you.

STATEMENT OF CLAIM(S)

COUNT V

Identify the fifth right you believe was violated and by whom:

5.1 8th Amendment: ALL Defendants Listed, JORDAN v. ROE, 38 F3d 597 (0th Cir) WILLIAMS v. RAMOS, 71 F3d 1246 (7th Cir)

Statement of facts of your fifth claim below

5.2 In 1978 I came to Tacoma Washington, 6 month later I was placed in foster care by DSHS were I was molested, I was in foster care for four years.(the molestation was known) In the summer of 1986 my sensi, sensi EARL SCwall was murder at the Tacoma Soccer center John Ringer state he and others made that happen by a unregisterd Chinese mercenary(his words) in 1987 I was kick out of school, forced to the street due to NO inter-mearal spot which was remove from mild-Schools in 1985 by Pierce county council, implamented 1986. I was already a world Champion in Karata, I was kick out due to John Ringers nephew lieing on me, In 1995 I was give an double exeptional Sentance for my first adult felony

my standard range was 12 to 16 month. I've fought 3 strick seven times and any knew about 3, one of those times I had been in Jail 9 months already, 2008.

5.3. Now in 2018, I've been subjected, to false imprisonment, gang stalk a terror tactic, deprived of sleep, food money, dignity. I been forced to sleep outside in different state, I been forced to stay in bus station for days I've faced ostracisation by the individuals that I HELD near and dear I've been everything under the sun except for a child of GOD and innocent man, which I am both, I've walked accrossed the colorline in Florence S.C.

5.4 My Love, Trust, Loyalty, Honor, and Respect, has been RIPPED from me. My Life, Liberty and Property as well I've been through 3 airports and seventeen states labled a level 3 sex offender

        State with specificity the injurys, harm, or damages you believe you suffered as a result of the events you described above in Count V

5.9    I have experienced Terror: which has caused me to have intense panic, dread, consternation, Trepidation, toward dark places, to experience new thing, people walking or coming to close to me. Insomnia, I have suffered, mental, emotional, and physical scarring, Irrevocable scarring!!!

5.10       No regional bail bonds would me, even tho I had a bail, they lied to people and said my bail was 10.million, 7.5.million 2.5 million they even took individuals money 20 thousand, one thousand, changed bond company on me, sent the Carter's and Knowels money back to them! My Bail has never been over $950.

Extra sheets from statement of facts count V

5.5 In the past 3 month I have had St. Joseph Hospital without permission steal from me and marshal an fetus, take sperm from me. In the past they have injected me with a track device that I was able to break before it set in, I was taken to St. Joseph Hospital by ambulance for falling out from smoking sherm, I was on 38th and Portland I wake up in a make shift room with tubes in me I got up and left, but before I left a doctor grabbed my arm and inject me, it was not a needle it was bigger = I sweezed the spot of the injection and felt a pop what ever it was broke and I started seeing stars,

5.6. I the past six months St. Joseph Hospital has admitted to killing Jerry Lee Yella Jackson by putting him in diabetic coma never to be spoken to again. all self admitted and experienced.

5.7. Chris Hansen had the helicopter land in the parking lot off 19th and J St in hopes to grab me and throw me out of the helicopter. not 20 min later they we're reporting acrossed the internet that I Derrick Quinn Jones Jumped off a bridge and killed myself. many people have came up to me and said I heard you were dead H.

5.8. This has been my some of the of my Life for the past 23 months. The word HOSTAGE, SLAVE have been used. the city of Ruston has enguided in these act with me

## IV.   RELIEF

*State exactly what you want the Court to do for you.  For example, you may be seeking money*
*damages from an individual defendant, you may want the Court to order a defendant to do*
*something or to stop doing something, or you may want both kinds of relief.  Make no legal*
*arguments. Cite no cases or statutes.* I would ask the Court to hold individuals, reasonsable
for their Statements, comments, and action taken. Hold Casino's liable for legal winnings
I would ask the Court to remove all officials involved that hold
title Immediately! where the Court has such power to do So! I would
ask the Court to award me the maximum punitive damages!
each defendant listed sought to take my LIFE! In one   form or
another! my whole existence from this world with NO JUST cause! I
would! ask the Court to restore ALL my Civil Right as well as EXPUNGE my
whole Criminal Record with Diplomatic IMMUNIT. I would ask
the Court to HOLD ALL parties accountable for ALL agreement, contracts
(wagers; settlement, verbal and writen. Hold individual accountable

## V.   SIGNATURE for breech of those verbal and writen agreement, contracts
wager etc etc as well! me included. THANK YOU For
YOUR CONSIDERATION.

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true*
*to the best of your knowledge, that you believe those facts show a violation of law, and that you*
*are not filing this complaint to harass another person or for any other improper purpose.*

6-12-2020

**Dated**

*Derrick Quinn Jones*

**Plaintiff's Signature**

On June 18th 2020, Chris Hansen admitted aloud on the open airwaves that everything that I've been throu everything I've said, and everything that I've seen, heard it is true and Factual. He admitted the that act committed by all the individuals is indeed Fact. He admitted that all this was to put me in prison for life, they thought that this would be over quickly, like they have done to others. The average is 3 day. ALL because John Ringers Blood lust to kill, in vero's was GOD's creation!!! but what he did was expose the biggest crime sens cate because he just couldn't stop. Kenny Rog. said it best know when to hold'em, know when to fold'em, know when to walk away, know when to run!!! He lied his way to be who he is, Now let him lie his way to hell!!! He's going to lie at Judgement I wager!!!

Derrick Quinn Jones
Derrick Quinn Jones
June 19th 2020
4:50 am