**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

June 26, 2020

Derrick Quinn Jones
RESCUE MISSION
425 S TACOMA WAY
TACOMA, WA 98402

Your civil action *Jones v. Google* was filed in the U.S. District Clerk's office at Tacoma on June 19, 2020.

Your case has been assigned Case Number **3:20−cv−05591−RJB−JRC,** and has been assigned to Judge Robert J. Bryan, Presiding Judge and referred to Magistrate Judge J Richard Creatura

***All future correspondence with the Court must contain the entire case number as indicated above.***

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file