UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERRICK QUINN JONES,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE, INC., et al,<br><br>    Defendants. | CASE NO. 3:20-cv-05591-RJB-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR January 1, 2021 |

  This matter is before the Court on referral from the District Court and on the undersigned's order to show cause or amend the proposed complaint. *See* Dkt. 3.

  Plaintiff initiated this matter in June 2020 by filing an application to proceed *in forma pauperis* ("IFP") and a proposed 42 U.S.C. § 1983 complaint. *See* Dkt. 1. In July, the undersigned issued a show cause order outlining the deficiencies in the proposed complaint and deferring a ruling on the IFP application until plaintiff had filed an amended proposed complaint. *See* Dkt. 3. The Court informed plaintiff that failure to file an amended proposed complaint

would result in a recommendation that the matter be dismissed. Dkt. 3, at 2.

The Court's show cause order was returned as undeliverable, and the undersigned also issued an order informing plaintiff that if he failed to update his address by November 9, 2020, the matter would be dismissed. *See* Dkt. 5. The Court further *sua sponte* granted plaintiff until November 9, 2020, to comply with the show cause order. Dkt. 5. On September 18, 2020, plaintiff requested an extension to respond to the show cause order, but the Court noted that this request was essentially moot, since the Court had already *sua sponte* extended the deadline to November 9, 2020. *See* Dkt. 7.

On November 9, 2020, plaintiff called the Court and requested another extension. The Court granted the request and gave plaintiff until December 9, 2020, to respond to the show cause order. In addition, the Clerk's Office noted that plaintiff had requested that his mail be sent to a different address than the one he had previously given (*see* Dkt. 8). The Clerk's Office sent the Court's order extending the deadline to December 9, 2020, to plaintiff's new address. *See* Dkt. 10. This mail was returned as undeliverable. Dkt. 10.

Thus, the Court has repeatedly extended the deadline to respond to the show cause order *sua sponte* and in response to plaintiff's various calls and motions. *See* Dkts. 5, 7, 9. However, plaintiff has failed to comply with the extended deadline and has not requested an extension or made any effort to contact the Court regarding the most recent deadline. Therefore, this matter should be dismissed without prejudice for failure to comply with a Court Order.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver


1  of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
2  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
3  imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **January 1,**
4  **2021,** as noted in the caption.

5      Dated this 16th day of December, 2020.

8  _____
9  J. Richard Creatura
   United States Magistrate Judge