UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DERRICK QUINN JONES,

          Plaintiff,

   v.

GOOGLE, INC., *et al.*,

          Defendants.

CASE NO. 3:20-cv-05591-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 11) and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED** and that the matter is dismissed without prejudice. All pending motions are denied, and the case is closed.

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 4th day of January, 2021.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1